IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABAD; AUSTEN BROWN,<br><br>                               Plaintiffs,<br><br>     v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>                            Defendants. | Case No. 2:20-cv-00447-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        July 23, 2020<br>Time:       2:00 p.m.<br>Judge:     The Honorable Troy L. Nunley<br>Place:     Courtroom 2, 15th Floor<br>Action Filed: 2/27/2020 |

## ORDER

     Upon the Stipulation of the parties seeking an order to continue the hearing on Plaintiff Austen Brown's Motion for Preliminary Injunction, and good cause appearing therefore,

     1.    The pending July 9, 2020, hearing on Plaintiff Austen Brown's Motion for Preliminary Injunction is continued to July 23, 2020 at 2:00 p.m. in Courtroom 2 of this Court. Notice is waived.

     **IT IS SO ORDERED:**

Dated: June 18, 2020

Troy L. Nunley
United States District Judge

1