XAVIER BECERRA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General
ALLAN S. ONO, State Bar No. 130763
L. ELIZABETH SARINE, State Bar No. 285631
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7800
  Fax:  (916) 327-2319
  E-mail:  Elizabeth.Sarine@doj.ca.gov
*Attorneys for Defendants*
*CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ABAD; AUSTEN BROWN,** | Case No. 2:20-cv-00447-TLN-AC |
| Plaintiffs, | **ORDER GRANTING THIRD STIPULATION TO CONTINUE HEARING ON PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,** | Judge:  The Honorable Troy L. Nunley<br><br>Action Filed:  February 27, 2020 |
| Defendants. | |

# ORDER

Upon the stipulation of the parties seeking an order to further continue the hearing on Plaintiff Austen Brown's Motion for Preliminary Injunction, and good cause appearing therefore:

1. The pending August 20, 2020 hearing for Plaintiff Austen Brown's Motion for Preliminary Injunction is continued to October 29, 2020 at 2:00 p.m. in Courtroom 2 of this Court.

**IT IS SO ORDERED.**

DATED: July 29, 2020

Troy L. Nunley
United States District Judge