IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABAD; AUSTEN BROWN,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-00447-TLN-AC<br><br>**ORDER APPROVING THE JOINT REVISED PROPOSED DISCOVERY AND SCHEDULING PLAN**<br><br>Judge:  The Honorable Troy L. Nunley |

## **ORDER**

Upon the stipulation of the parties seeking an order to revise the Joint Discovery and Scheduling Plan in this case [Doc. No. 15], and good cause appearing therefore:

1.   It is HEREBY ORDERED that the Joint Revised Proposed Discovery and Scheduling Plan filed by the parties on December 16, 2020 [Doc. No. 33], is APPROVED.

2.   The parties have agreed to the following deadlines and, if further modifications are necessary, the parties will present the Court with another stipulation and proposed order:

| | |
|---|---|
| January 10, 2022 | All non-expert discovery complete |
| March 11, 2022 | Deadline to designate expert witnesses |
| April 11, 2022 | Deadline to designate supplemental expert witnesses |
| 30 days prior to dispositive motion hearing date | Deadline for serving any supplemental discovery |
| July 8, 2022 | Deadline for filing dispositive motions |

**IT IS SO ORDERED:**

Dated:  December 22, 2020

Troy L. Nunley
United States District Judge