UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABAD; AUSTEN BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; and XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendants. | No. 2:20-cv-00447-TLN-AC |
| GARY BURKE; FRED HEPP; and JEFF HEPP,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; and XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>Defendants. | No. 2:21-cv-00003-WBS-JDP<br><br>**RELATED CASE ORDER** |

Plaintiff filed a Notice of Related Cases in the above-captioned action on January 4, 2021. (ECF No. 37.) Examination of the above-captioned actions reveals they are related within the

1

1  meaning of Local Rule 123 (E.D. Cal. 1997).  Pursuant to Rule 123 of the Local Rules of the

2  United States District Court for the Eastern District of California, two actions are related when

3  they involve the same parties and are based on the same or similar claim(s); when they involve

4  the same transaction, property, or event; or when they "involve similar questions of fact and the

5  same question of law and their assignment to the same Judge . . . is likely to effect a substantial

6  savings of judicial effort." L.R. 123(a).  Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

10  L.R. 123(c).

11  Here, the actions are based on similar challenges to the California Fish and Game Code.

12  The actions involve similar underlying alleged facts and the same questions of law.

13  Consequently, assignment to the same judge would "effect a substantial savings of judicial

14  effort." L.R. 123(a), *see also* L.R. 123(c).

15  Relating the cases under Local Rule 123, however, merely has the result that both actions

16  are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of

17  this Court, related cases are generally assigned to the judge and magistrate judge to whom the

18  first filed action was assigned.  Should either party wish to consolidate the actions, the

19  appropriate motion or stipulation must be filed.

20  IT IS THEREFORE ORDERED that the action denominated 2:21-cv-00003-WBS-JDP is

21  reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire, and the caption

22  shall read 2:21-cv-00003-TLN-AC.  Any dates currently set in 2:21-cv-00003-WBS-JDP are

23  hereby VACATED, and the parties are ordered to refile any pending motions before this Court.

24  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

25  IT IS SO ORDERED.

26  DATED:  January 13, 2021

Troy L. Nunley
United States District Judge