1  MATTHEW RODRIQUEZ
   Acting Attorney General
2  State Bar No. 95976
   ERIC M. KATZ
3  Supervising Deputy Attorney General
   ALLAN S. ONO, State Bar No. 130763
4  L. ELIZABETH SARINE, State Bar No. 285631
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7800
7    Fax:  (916) 327-2319
     E-mail:  Elizabeth.Sarine@doj.ca.gov
8  *Attorneys for Defendants*
   *CHARLTON BONHAM, in his official capacity as*
9  *Director of the California Department of Fish and*
   *Wildlife; XAVIER BECERRA, in his official capacity*
10 *as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ABAD; AUSTEN BROWN,** <br><br> Plaintiffs, <br><br> v. <br><br> **CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,** <br><br> Defendants. | 2:20-cv-00447-TLN-AC <br><br> **[PROPOSED] ORDER GRANTING FIFTH STIPULATION TO CONTINUE PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge:  The Honorable Troy L. Nunley <br><br> Action Filed:  2/27/2020 |

1

**ORDER**

Upon the stipulation of the parties seeking an order to further continue the hearing on Plaintiff Austen Brown's Motion for Preliminary Injunction, and good cause appearing therefore:

1. The pending April 29, 2021 hearing for Plaintiff Austen Brown's Motion for Preliminary Injunction is continued to May 27, 2021 at 2:00 p.m. in Courtroom 2 of this Court.

2. Defendants may file and serve their Opposition to the Motion for Preliminary Injunction by April 29, 2021.

3. Plaintiff Brown may file and serve his Reply in support of the Motion for Preliminary Injunction by May 20, 2021.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE TROY L. NUNLEY
United States District Court Judge

LA2018602685

2

[PROPOSED] ORDER GRANTING FIFTH STIPULATION TO CONTINUE
PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION  (2:20-cv-00447-TLN-AC)

# CERTIFICATE OF SERVICE

Case Name:  **Joseph Abad; Austen Brown v. Charlton Bonham, et al.**

Case No.:   **2:20-cv-00447-TLN-AC**

I hereby certify that on <u>April 14, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**(PROPOSED) ORDER GRANTING FIFTH STIPULATION TO CONTINUE PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 14, 2021</u>, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

LA2018602685
63470133.docx