MATTHEW RODRIQUEZ
Acting Attorney General
State Bar No. 95976
ERIC M. KATZ
Supervising Deputy Attorney General
ALLAN S. ONO, State Bar No. 130763
L. ELIZABETH SARINE, State Bar No. 285631
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7800
  Fax: (916) 327-2319
  E-mail: Elizabeth.Sarine@doj.ca.gov
*Attorneys for Defendants*
CHARLTON BONHAM, in his official capacity as
Director of the California Department of Fish and
Wildlife; XAVIER BECERRA, in his official capacity
as Attorney General of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ABAD; AUSTEN BROWN,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>                      Defendants. | 2:20-cv-00447-TLN-AC<br><br>**ORDER GRANTING FIFTH STIPULATION TO CONTINUE PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: The Honorable Troy L. Nunley<br><br>Action Filed: 2/27/2020 |

1

**ORDER**

Upon the stipulation of the parties seeking an order to further continue the hearing on Plaintiff Austen Brown's Motion for Preliminary Injunction, and good cause appearing therefore:

1. The pending April 29, 2021 hearing for Plaintiff Austen Brown's Motion for Preliminary Injunction is continued to May 27, 2021 at 2:00 p.m. in Courtroom 2 of this Court.

2. Defendants may file and serve their Opposition to the Motion for Preliminary Injunction by April 29, 2021.

3. Plaintiff Brown may file and serve his Reply in support of the Motion for Preliminary Injunction by May 20, 2021.

**IT IS SO ORDERED.**

Dated: April 14, 2021

Troy L. Nunley
United States District Judge

2

ORDER GRANTING FIFTH STIPULATION TO CONTINUE
PLAINTIFF AUSTEN BROWN'S MOTION FOR PRELIMINARY INJUNCTION  (2:20-cv-00447-TLN-AC)