IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABAD; AUSTEN BROWN,<br><br>                              Plaintiffs,<br><br>       v.<br><br>CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                              Defendants. | Case No. 2:20-cv-00447-TLN-AC<br><br>**ORDER APPROVING THE JOINT SECOND REVISED PROPOSED DISCOVERY AND SCHEDULING PLAN**<br><br>Judge: The Honorable Troy L. Nunley |

## <u>ORDER</u>

Upon the stipulation of the parties seeking an order to revise the Joint Revised Proposed Discovery and Scheduling Plan in this case, [Doc. No. 33, 36], and good cause appearing therefore:

1. It is HEREBY ORDERED that the Joint Second Revised Proposed Discovery and Scheduling Plan filed by the parties on November 30, 2021, [Doc. No. 45], is APPROVED.

2. The parties have agreed to the following deadlines and, if further modifications are necessary, the parties will present the Court with another stipulation and proposed order:

| | |
|---|---|
| January 11, 2023 | All non-expert discovery complete |
| March 13, 2023 | Deadline to designate expert witnesses |
| April 12, 2023 | Deadline to designate supplemental expert witnesses |
| 30 days prior to dispositive motion hearing date | Deadline for serving any supplemental discovery |
| July 10, 2023 | Deadline for filing dispositive motions |

**IT IS SO ORDERED:**

Dated: November 30, 2021

_____
Troy L. Nunley
United States District Judge