Rob Bonta
Attorney General of California
Eric M. Katz
Supervising Deputy Attorney General
Allan S. Ono, State Bar No. 130763
L. Elizabeth Sarine, State Bar No. 285631
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7800
  Fax:  (916) 327-2319
  E-mail:  Elizabeth.Sarine@doj.ca.gov
*Attorneys for Defendants*
CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; ROB BONTA, in his official capacity as Attorney General of the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ABAD; AUSTEN BROWN,**<br><br>       Plaintiffs,<br><br>  v.<br><br>**CHARLTON BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>       Defendants. | Case No. 2:20-cv-00447-TLN-AC<br><br>**ORDER GRANTING SEVENTH STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:  The Honorable Troy L. Nunley<br>Action Filed:  2/27/2020 |

**ORDER**

Good cause appearing pursuant to the stipulation of the parties seeking an order to extend the time for Defendants Charlton Bonham, et al. (Defendants) to file an Answer to the First Amended Complaint filed by Plaintiffs Joseph Abad, et al. (Plaintiffs).

IT IS HEREBY ORDERED that Defendants' deadline to file an Answer to the First Amended Complaint will be July 1, 2022.

Dated:  June 17, 2022

_____
Troy L. Nunley
United States District Judge